153 So.2d 880

## STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS

v.

## Bruce E. BROOKS.

### No. 46782.

June 14, 1963.

In re: State of Louisiana, through the Department of Highways applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 152 So.2d 637.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.

153 So.2d 881

## SMITH, HOWARD & McCOY, INC.

v.

## ACME GENERAL CONTRACTORS, INC. and Acme Wellpoint Corporation (Consolidated).

### No. 46783.

June 14, 1963.

In re: Smith, Howard & McCoy applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Ouachita. 152 So.2d 596.

Writ refused. We find no error of law in the judgment complained of.